**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00281-CR**
**NO. 09-20-00282-CR**
_____

**MATT LINN DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause Nos. CR34656, CR34793**
_____

**MEMORANDUM OPINION**

Appellant Matt Linn Davis appealed from sentences pronounced on January 14, 2020. The notices of appeal were filed with the trial court on November 9, 2020, more than thirty days from the date of sentencing and outside the time for requesting an extension of time for filing the notices of appeal. On December 11, 2020, we notified the parties that the notices of appeal did not appear to have been timely filed. The Court did not receive responses.

1

The Court finds that the notices of appeal were not timely filed. *See* Tex. R. App. P. 26.2(a)(1). No motions for extension of time were timely filed pursuant to Rule 26.2 of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 26.3. It does not appear that Davis obtained out-of-time appeals from the Court of Criminal Appeals. The Court finds it is without jurisdiction to entertain these appeals. Accordingly, we dismiss the appeals for want of jurisdiction.

APPEALS DISMISSED.

PER CURIAM

Submitted on February 9, 2021
Opinion Delivered February 10, 2021
Do Not Publish

Before Golemon, C.J., Kreger and Horton, JJ.